519 A.2d 206

**COMPTROLLER OF THE TREASURY**

v.

**Winton B. OSBORNE.**

No. 86, Sept. Term, 1986.

Court of Appeals of Maryland.

Jan. 9, 1987.

Gerald Langbaum, Asst. Atty. Gen. (Stephen H. Sachs, Atty. Gen., Linda Koerber Boyd, and Gaylin Soponis, Asst. Attys. Gen., on brief), Baltimore, for appellant.

Robert F. Kahoe, Jr., Bel Air, for appellee.

Argued before MURPHY, C.J., ELDRIDGE, COLE, RODOWSKY, COUCH and McAULIFFE, JJ., and Charles E. ORTH, Jr., Associate Judge of the Court of Appeals of Maryland (Retired), Specially Assigned.

PER CURIAM.

The Comptroller having acquiesced in the judgment of the Court of Special Appeals in *Osborne v. Comptroller*, 67 Md.App. 555, 508 A.2d 538 (1986), and an appeal from the *opinion* of that Court not being permitted by law, the case is hereby dismissed.

APPEAL DISMISSED; APPELLANT TO PAY COSTS; MANDATE TO ISSUE FORTHWITH.